IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00179-MSK-MJW

CHARLIE JAMES GRIFFIN, JR.,

       Plaintiff,

v.

JOE ORTIZ, Director of Correction,
JAMES ABBOTT, Warden of C.T.C.F.,
JOHN SUTHERS, Attorney General,
ALLEN F. STANLEY, Chairman,
CURTIS W. DEVIN, Vice Chairman,
DEBORAH C. ALLEN,
MATTHEW J. RHODES,
JOHN B. ROSEN, and
SHARON BARTLETT,

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Krieger, Judge

    Plaintiff submitted a Notice of Appeal on January 4, 2008 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___  is not on proper form (must use the court's current form)
     ___  is missing original signature by plaintiff/petitioner on motion
     ___  is missing affidavit

    __ affidavit is incomplete
    __ is missing original signature by plaintiff/petitioner on affidavit
    __ affidavit is not notarized or is not properly notarized
    __ other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 7th day of January, 2008.

BY THE COURT:

s/ *Marcia S. Krieger*

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO